# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-1870-RPM

---

TROY L. FALLOW,

                              Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,

                              Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

      IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed with prejudice, each party to pay his or its own costs.

      DATED at Denver, Colorado, this 16th day of July, 2015.

                                                      BY THE COURT:

                                                      s/Richard P. Matsch

                                                      _____

                                                      Richard P. Matsch, Senior District Judge